Eli Metcoff, plaintiff in error, v. Benjamin F. Stein, defendant in error. Gen. No. 37,055.

Opinion filed June 20, 1934.

Shulman, Shulman & Abrams, for plaintiff in error; Meyer Abrams, of counsel. Moses, Kennedy, Stein & Bachrach, for defendant in error; Arthur Magid and Adolph Moses, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Jacob Ellegant, plaintiff in error, v. Metropolitan Credit and Discount Corporation, defendant in error. Gen. No. 37,188.

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.

Simon Herr, for plaintiff in error; Douglas C. Gregg, of counsel. Luster & Luster, for defendant in error; Julian J. Luster, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Shade R. Ward, defendant in error, v. George W. Blomgren and Lincoln Trust and Savings Bank, plaintiffs in error. Gen. No. 37,201.

Opinion filed June 20, 1934.

Schuyler, Weinfeld & Hennessy and Litsinger, Healy, Reid & Bye, for plaintiffs in error; George W. D. Lederer, of counsel. No appearance for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Edwin P. Snow et al., on appeal of Howard S. Bechtolt, appellant, v. Board of Education of City of Chicago et al., appellees. Gen. No. 37,236.

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.

Allan J. Carter, I. T. Greenacre and Wiley W. Mills, for appellant; Ferris E. Hurd and Thomas Mason, of counsel. Richard S. Folsom, for appellees; Frank S. Righeimer, Ralph W. Condee and Frank R. Schneberger, of counsel.

Mr. Justice Wilson delivered the opinion of the court.